UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAYE ELLEBY,

                              Plaintiff,

                 -against-

ANTHONY BLINKEN,

                              Defendant.

24cv7932 (LTS)

CIVIL JUDGMENT

For the reasons stated in the November 6, 2024, order, this action is dismissed.  The

Court dismisses the complaint without prejudice under the PLRA's "three-strikes" rule. See 28

U.S.C. § 1915(g). Elleby remains barred from filing any future action IFP while he is in custody,

unless he is under imminent threat of serious physical injury. Id. The Court certifies, pursuant to

28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith, and

therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369

U.S. 438, 444-45 (1962). SO ORDERED.


 Dated:    November 8, 2024
           New York, New York


                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge